

**SPECIAL PROCESS SERVER**

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 1922-CC11801 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>TERRY BELL | Plaintiff's/Petitioner's Attorney/Address:<br>PATRICK THOMAS HINRICHS<br>1424 WASHINGTON AVE<br>SUITE 300 | Special Process Server 2 |
| vs. | SAINT LOUIS, MO  63103 | Special Process Server 3 |
| Defendant/Respondent:<br>COOLEY TRANSPORT, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

**Summons for Personal Service Outside the State of Missouri**
**(Except Attachment Action)**

The State of Missouri to:   COOLEY TRANSPORT, LLC
 Alias:
UNITED STATES CORP AGENT
500 N. MICHIGAN AVE, SUITE 600
CHICAGO, IL  60611

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
 October 21, 2019

_____   _____
 Date                                                Clerk
Further Information:

**CITY OF ST LOUIS**

**Officer's or Server's Affidavit of Service**
I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address) in _____ County, _____ (state), on _____ (date) at _____ (time).

_____   _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

Subscribed and sworn to before me this _____ (day) _____ (month) _____ (year).
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
 ☐ the judge of the court of which affiant is an officer.
 ☐ authorized to administer oaths in the state in which the affiant served the above summons.
   (use for out-of-state officer)
 ☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

_____
 Signature and Title

**Service Fees**
Summons     $_____
Non Est     $_____
Mileage     $_____ (_____ miles @ $_____ per mile)
Total       $_____

See the following page for directions to officer making return on service of summons.

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: Document ID# 19-SMOS-5895   1 of 2  **(1922-CC11801)**   Rules 54.06, 54.07, 54.14, 54.20;
506.500, 506.510 RSMo