IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| TERRY BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. 4:19-cv-02898 |
| GARY DAVIS AND COOLEY | ) | |
| TRANSPORT, LLC.  ET AL, | ) | Division No. |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## **STIPULATION OF DISMISSAL**

**COMES NOW,** Plaintiff by and through his attorney, Patrick T. Hinrichs of The Bradley

Law Firm and hereby stipulates that Plaintiff's claim against Defendants be dismissed with

prejudice. Each party to bear their own costs.

Respectfully submitted,

**THE BRADLEY LAW FIRM**

By: /s/Patrick T. Hinrichs
        Patrick Hinrichs, #62953
        The Bradley Law Firm
        Attorney for Plaintiff
        1424 Washington Avenue, Ste 300
        St. Louis, MO 63103
        (314) 721-9111 (phone)
        (314) 255-2765 (fax)
        Patrick@thebradleylawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on Wednesday, September 1, 2021, I electronically filed the foregoing Certificate of Service with the Clerk of the Court using the **<u>Courts E-Filing System</u>** which was sent notification of such filing to all counsel of record.  I further certify that I signed, or caused my electronic signature to be place upon the original of the foregoing documents and that a copy of the foregoing was sent via the Court's efiling system to.

Alan L. Rupe
Lewis Brisbois Bisgaard & Smith LLP
Attorney For: Anheuser-Busch
4600 Madison Ave, Suite 700
Kansas City, MO  64112
Phone: (816) 299-4244
Fax: (816) 299-4245
Email Address: alan.rupe@lewisbrisbois.com

Alan L. Rupe
Lewis Brisbois Bisgaard & Smith LLP
Attorney For: Convoy, Inc
4600 Madison Ave, Suite 700
Kansas City, MO  64112
Phone: (816) 299-4244
Fax: (816) 229-4245
Email Address: alan.rupe@lewisbrisbois.com

Jeffrey A. Harris JR
Lewis Brisbois Bisgaard & Smith LLP
Attorney For: Anheuser-Busch
4600 Madison Ave, Suite 700
Kansas City, MO  64112
Phone: (816) 299-4255
Fax: (316) 462-4245
Email Address: jeff.harris@lewisbrisbois.com

Jeffrey A. Harris, Jr
Lewis Brisbois Bisgaard & Smith LLP
Attorney For: Convoy, Inc
4600 Madison Ave, Ssuite 700
Kansas City, MO  64112
Phone: (816) 299-4255
Fax: (316) 462-4245
Email Address: jeff.harris@lewisbrisbois.com

Stephen A. Wilke

Wilke & Wilke
Attorney For: Gary Davis
2708 Olive Street
St. Louis, MO  63103
Phone: (314) 371-0800
Fax: (314) 371-0900
Email Address: swilke@wilkewilke.net

Stephen A. Wilke
Wilke & Wilke PC
Attorney For: Colley Transport LLC
2708 Olive Street
St. Louis, MO  63103
Phone: (314) 371-0800
Fax: (314) 371-0900


/s/Patrick T. Hinrichs